Nov. Term,
1826.

Pollard
v.
Rowland.

---

## Pollard v. Rowland, in Error.

Thursday,
November 9.

POLLARD, the holder of two promissory notes against *Fullen-
wider*, put them in the hands of *Rowland*, an attorney at law,
to be collected from the maker.   The following receipt was
given for the notes: "Received of *E. Pollard* one note on *H.
Fullenwider* for 100 dollars in land-office money, dated 21st
*Aug*. 1820, and due the first of *May* then next; also one note
on said *Fullenwider* for 100 dollars and 37 cents, payable in
leather to be delivered four miles from *Bloomington*, on or be-
fore the 15th *Nov*. 1820, to collect.   I am to receive the cus-
tomary fees when the money is collected, and if it is never col-
lected then a reasonable fee for my trouble.——*J. Rowland*."
*Fullenwider's* residence was forty miles from *Rowland's*, and in
a county in which *Rowland* did not practise law.   *Rowland*,
without *Pollard's* knowledge, sent the notes for collection to
*Stephen*, an attorney at law, and resident in the same county
with *Fullenwider*.   *Stephen*, without delay, obtained judgment
against *Fullenwider* on the notes; and issued a fieri facias there-
on, which was returned nulla bona. A few months afterwards,
*Stephen*, as attorney of *Pollard*, received from *Fullenwider* the
amount of the judgment—part in cash and part in property—
which he converted to his own use.

*Held*, that *Rowland* was accountable to *Pollard* for the acts
of *Stephen* in the business, to the same extent that *Stephen* him-
self was; and that he could make no defence to the suit of
*Pollard* on the premises, which *Stephen* could not make were
he sued by *Pollard*.

*Held*, also, that though *Rowland* could not, under the circumstances of the case, be made liable to *Pollard* for negligence or a want of skill in the management of the business; yet that he was liable to the suit of *Pollard*, in consequence of *Stephen's* collection of the money due from *Fullenwider* to *Pollard*, and of the non-payment of the same by *Stephen* to *Pollard* (1).

(1) There was another point decided in this case, but which, having been since overruled, is not here noticed.

A suit cannot be maintained against an agent for money collected for his principal, nor against an attorney at law for money collected for his client, until after the money has been demanded. *Armstrong* v. *Smith*, May term, 1833. *Judah* v. *Dyott*, *Nov.* term, 1833. Post.

An attorney is not liable for a mistake in a point of law on which reasonable doubt may be entertained. *King* v. *Burt*, 1 Nev. & Man. 262.